**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-09869 / 0055658785

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jose Cain Alfonzo and Bersabe Del Carmen Alfonzo<br>      Debtors.<br>―――――――――――――――――<br>Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>      Movant,<br>vs.<br><br>Jose Cain Alfonzo and Bersabe Del Carmen Alfonzo, Debtors; Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:09-bk-06622-RTB<br><br>Chapter 13<br><br>EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER |

Pursuant to the Order entered on November 13, 2009, attached hereto as Exhibit "A", and by this reference incorporated herein, the above-referenced Debtors; were obligated to make specified payments which they have failed to make.

The Debtors have failed to comply thereby necessitating a written Notice of Default.

Attached hereto as Exhibit "B" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA and Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA may exercise whatever state law or contractual rights it may have regarding the property generallydescribed as: 6831 S. 45th Way Phoenix, AZ 85042 ("Property" herein) and legally described as:

LOT 587, KNOELL GARDEN GROVES UNIT FIVE, ACCORDING TO BOOK 219 OF MAPS, PAGE 34, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

DATED this _____ day of _____, 2009.

_____

UNITED STATES BANKRUPTCY JUDGE

```
                                              SO ORDERED.
 1    TIFFANY & BOSCO
              P.A.
 2    2525 E. CAMELBACK ROAD
      SUITE 300
                                              Dated: November 13, 2009
 3    PHOENIX, ARIZONA 85016
      TELEPHONE: (602) 255-6000
 4    FACSIMILE: (602) 255-0192

 5    Mark S. Bosco
      State Bar No. 010167                    REDFIELD T. BAUM, SR
 6    Leonard J. McDonald                     U.S. Bankruptcy Judge
      State Bar No. 014228
 7    Attorneys for Movant

 8    09-09869/0055658785

 9
                       IN THE UNITED STATES BANKRUPTCY COURT
10
                              FOR THE DISTRICT OF ARIZONA
11

12    IN RE:                                  No. 2:09-bk-06622-RTB

13    Jose Cain Alfonzo and Bersabe Del Carmen Chapter 13
              Alfonzo
14            Debtors.                        (Related to Docket #24)

15                                            ORDER APPROVING
      Mortgage Electronic Registration Systems, Inc. as    STIPULATION REGARDING
16    nominee for Wells Fargo Home Mortgage a              MOTION FOR RELIEF
      Division of Wells Fargo Bank NA
17
              Movant,
18       vs.

19
      Jose Cain Alfonzo and Bersabe Del Carmen
20    Alfonzo, Debtors;Edward J. Maney, Trustee.

21            Respondents.

22

23

24         IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned,

25    that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section

26    362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust
```



recorded, at Recorders No. , in the records of the Maricopa County, Arizona Recorder's Office, wherein Jose Cain Alfonzo and Bersabe Del Carmen Alfonzo, are designated as trustors and Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA is the current beneficiary, which Deed of Trust encumbers the following described real property:

> LOT 587, KNOELL GARDEN GROVES UNIT FIVE, ACCORDING TO BOOK 219 OF MAPS, PAGE 34, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments(s) at $891.16 | $2,673.48 |
| (July 1, 2009 - September 1, 2009) | |
| 3 Late Charge(s) at $36.91 | $110.73 |
| (July 1, 2009 - September 1, 2009) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $800.00 |
| Total | $3,734.21 |

1. The total arrearage shall be paid in six monthly installments of $622.37. These payments shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the October 20, 2009 payment and continuing throughout and concluding on or before March 20, 20010.

2. In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for October 1, 2009, which shall be made when due, and all subsequent payments shall be made when due.

2

IT IS FURTHER ORDERED that Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA as the current beneficiary under the above described Deed of Trust agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this Order are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to Debtors, Debtors' Counsel and Trustee and Debtors' failure to cure such default within fifteen (15) days of the date of such notice. In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge. Debtors shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDERED that if Debtor' Bankruptcy Case No. 2:09-bk-06622-RTB is dismissed, either voluntary or involuntary, for any reason, this Order will become null and void

3

and Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA, and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

DATED this _____ day of 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

Exhibit "B"

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-09869/0055658785

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jose Cain Alfonzo and Bersabe Del Carmen Alfonzo<br>        Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>        Movant,<br>vs.<br>Jose Cain Alfonzo and Bersabe Del Carmen Alfonzo, Debtors; Edward J. Maney, Trustee.<br>        Respondents. | No. 2:09-bk-06622-RTB<br><br>Chapter 13<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>6831 S. 45th Way<br>Phoenix, AZ 85042 |

      Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

1. An Order was entered on November 13, 2009 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust recorded in the records of the MaricopaCounty, Arizona Recorder's Office, which encumbers the following real property:

LOT 587, KNOELL GARDEN GROVES UNIT FIVE, ACCORDING TO BOOK 219 OF MAPS, PAGE 34, RECORDS OF MARICOPA COUNTY, ARIZONA.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtors are not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---|
| 2 Monthly Payments(s) at $622.37 | $1,244.74 |
| (October 20, 2009 - November 20, 2009) | |
| Attorneys Fees | $150.00 |
| Total | $1,394.74 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

4. Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 10th day of December, 2009.

    TIFFANY & BOSCO, P.A.

    By /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        2525 East Camelback Road
        Suite 300
        Phoenix, Arizona 850165
        Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.